**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | Case No. 3:08-cr-176 |
| ) | |
| **PAUL DONALD McGILL,** ) | Judge Trauger |

**ORDER**

Before the court is defendant/petitioner Paul Donald McGill's Motion for Correction of Sentence with *Willis* Credits Granted for Previous Jail Time (ECF No. 48).

McGill pleaded guilty to the charge of being a felon in possession of a firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924. The court accepted his plea and, on June 12, 2009, sentenced him to a 60-month term of imprisonment "to run concurrent with the undischarged state sentence the defendant is presently serving." (Judgment, ECF No. 45, at 2.) In his present motion, McGill argues that he should receive credit for time served between June 12 and September 30, 2009. He claims the Bureau of Prisons ("BOP") did not begin calculating his sentence until September 30, 2009, the day he was "committed" to the custody of the BOP.

An exhibit submitted with McGill's motion shows, however, that the BOP began computing McGill's sentence as of June 12, 2009. (*See* ECF No. 48-2, at 3 ("Date Computation Began . . . . : 06-12-2009.") The same document shows an "expiration full term date" of "6-11-14," exactly 60 months after the date the court sentenced McGill on June 12, 2009. In other words, McGill apparently received credit for the time served between June 12, 2009 and September 30, 2009.

Even if that were not the case, this court lacks jurisdiction to consider McGill's claim that he is entitled to credit for time served in state custody, because the determination of credit for time served is strictly within the province of the BOP. *United States v. Wilson*, 503 U.S. 329, 334–35 (1992). *See United States v. Crozier*, 259 F.3d 503, 520 (6th Cir. 2001) ("[T]he law is clear. Credit for time served may be awarded only by the Bureau of Prisons. . . ."). The motion (ECF No. 48) is therefore **DENIED**.

It is so **ORDERED**.

_____
Aleta A. Trauger
United States District Judge